# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **LETISHA MCKEE HOWARD,** <br> *Plaintiff* | §<br>§<br>§ | |
| **v.** | §<br>§ | No.  1:26-CV-00298-ADA-DH |
| **COMMISSIONER OF SOCIAL SECURITY,** <br> *Defendant* | §<br>§<br>§<br>§ | |

## ORDER ON *IN FORMA PAUPERIS* STATUS

Before the Court are Plaintiff Letisha McKee Howard's application to proceed *in forma pauperis* and complaint. *See* Dkt. 1. The undersigned has reviewed McKee Howard's financial affidavit and determined that she is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court hereby **ORDERS** McKee Howard's request to proceed *in forma pauperis*, Dkt. 1, is **GRANTED**. The Clerk of the Court shall file McKee Howard's complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). McKee Howard is further advised, although she has been granted leave to proceed *in forma pauperis*, a court may, in its discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

1

The Court **FURTHER ORDERS** the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Caldwell's complaint upon the named defendant under Rules 4 and 5 of the Federal Rules of Civil Procedure.

Because McKee Howard has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review her Complaint under §1915(e)(2). After reviewing McKee Howard's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions McKee Howard that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). McKee Howard is further advised that, although she has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against her at the conclusion of this lawsuit, as in other cases. *See Moore*, 30 F.3d at 621.

SIGNED February 11, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

2